FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:21-MJ-07257-MKD-1 |
|---|---|
| Plaintiff, | ORDER RE-SETTING PRELIMINARY HEARING |
| vs. | |
| DANIEL J. ANDERSON, | |
| Defendant. | |

On Tuesday, December 21, 2021, the Court conducted a detention hearing in accordance with 18 U.S.C. § 3142(f).  With Defendant's consent, Defendant appeared by video from the Benton County Jail.  Defendant was represented by Assistant Federal Defender Jeremy Sporn.  Assistant United States Attorney Patrick Cashman represented the United States.  At the hearing the Court granted the United States' Motion for Detention.  The issue of detention is addressed in a separate order.  The Court continued the preliminary hearing.

Accordingly, **IT IS HEREBY ORDERED**:

1. The preliminary hearing is set for **Monday, December 27, 2021, at 10:00**

ORDER RE-SETTING PRELIMINARY HEARING - 1

**AM, before Judge Dimke by video**.

DATED December 27, 2021.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER RE-SETTING PRELIMINARY HEARING - 2