FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DANIEL J. ANDERSON,<br><br>   Defendant. | No. 4:21-MJ-07257-MKD-1<br><br>ORDER FINDING PROBABLE CAUSE |

On Monday, December 27, 2021, the Court conducted a preliminary hearing. With his consent, Defendant appeared by video from Benton County Jail. Defendant was represented by Assistant Federal Defender Jeremy Sporn. Assistant United States Attorney Patrick Cashman represented the United States.

Special Agent Justin Barzar of the Federal Bureau of Investigation (FBI) testified and was cross-examined. Argument was presented by both sides.

For the reasons set forth on the record, the Court finds probable cause exists to believe the offense charged in the Complaint (ECF No. 1) has been committed and to believe that Defendant committed the offense.

1  A status conference was set **by video** before **Judge Dimke in Richland,**
2  **Washington, on Wednesday, January 12, 2022 at 3:00 PM.**
3  DATED December 28, 2021.

4  s/*Mary K. Dimke*
   MARY K. DIMKE
5  UNITED STATES DISTRICT JUDGE