# CHARGES AND PENALTIES

**CASE NAME:** Daniel James Anderson  **CASE NO.** 4:22-CR-6001-SMJ-1

TOTAL # OF COUNTS: 2    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 04, 2022
SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Make or Possess an Unregistered Destructive Device | CAG not more than 5 years; a fine not to exceed $250,000; not more than 3 years of supervised release; and a $100 special penalty assessment |
| 2 | 26 U.S.C. §§ 5841, 5845(a)(8), 5861(d), 5871 | Possession of an Unregistered Destructive Device | CAG not more than 10 years; a fine not to exceed $250,000; not more than 3 years of supervised release; and a $100 special penalty assessment |
|  | 26 U.S.C. § 5872, 28 U.S.C. § 2461, 49 U.S.C. § 80303 | Forfeiture Allegations |  |