FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANEIL JAMES ANDERSON (01) and<br>CONNOR DUANE GOODMAN (02),<br><br>Defendants. | No.  4:22-cr-06001-SMJ-1<br>      4:22-cr-06001-SMJ-2<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |

Before the Court, without oral argument, is the United States' Motion for a Protective Order Regulating Disclosure of Discovery and Sensitive Information, ECF No. 39. Having reviewed the file, the Court finds good cause to grant the motion pursuant to Federal Rule of Criminal Procedure 16(d)(1).

**IT IS HEREBY ORDERED:**

1. The United States' Motion for a Protective Order Regulating Disclosure of Discovery and Sensitive Information, **ECF No. 39**, is **GRANTED**.

2. The United States will provide discovery materials on an ongoing basis to defense counsel. Discovery materials that contain the voice or image of a confidential source will be made available for defense counsel's

review at the United States Attorney's Office. Until further Order of the Court, those materials may not be shown to the Defendants or left in a Defendants' custody.

**3.**  Defense counsel may possess but not copy (excluding the production of necessary working copies) all discovery materials that do not contain the voice or image of a confidential source, including sealed documents. Defense counsel may show to, and discuss with the Defendants, all discovery materials that do not contain the voice or image of a confidential source, including sealed documents.

**4.**  Defense counsel shall not provide original or copies of discovery materials to the Defendants. Defense counsel shall not otherwise provide original or copies of discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order.

//

//

//

//

PROTECTIVE ORDER – 2

**5.** The United States, defense counsel, and witnesses may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to 4:22-cr-06001-SMJ. However, any written reference to the content of the protected discovery shall be filed under seal.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 31st day of January 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

PROTECTIVE ORDER – 3