FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL JAMES ANDERSON (1),<br><br>  Defendant. | No. 4:22-CR-06001-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 60, 61** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 60) and accompanying Motion to Expedite (ECF No. 61). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion. Specifically, Defendant requests that the Court modify Special Condition No. 7, which confines Defendant to home detention, and Special Conditions Nos. 9 and 10, which restrict Defendant's use of the internet. ECF No. 60 at 3. In support of this modification, Defendant states he has had no alleged violations in the two and a half months he has been in the community. ECF No. 60 at 2. Defendant also states that he has secured employment in order to help financially support his

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 1

family. ECF No. 60 at 3. Defendant seeks a modification of the aforementioned Special Conditions so that he may travel to and from work and use, with limited access, a computer and internet to perform his job duties. For the reasons set forth in the Motion;

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 60**) is **GRANTED**.

2. Defendant's Motion to Expedite **(ECF No. 61)** is **GRANTED.**

3. Special Condition No. 7 (**ECF No. 57**) shall be **MODIFIED** as follows:

> Curfew: Defendant shall be restricted to Defendant's approved residence every day from 9:00 p.m. to 7:00 a.m., and as modified by his United States Probation Officer.

4. Special Condition No. 9 (**ECF No. 57**) shall be **MODIFIED** as follows:

> Defendant shall not access the internet, including any social media platforms. The only exceptions are (1) to assist Defendant's school-age child with a school assignment and (2) as necessary for his employment.

5. Special Condition No. 10 (**ECF No. 57**) shall be **MODIFIED** as follows:

> Defendant shall not have access to internet, aside from the exceptions noted in Special Condition No. 9, including but not limited to cell phones, laptops, or desktops with internet access,

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 2

or text message capabilities. Additionally, any other devices at Defendant's residence, including Defendant's wife's cell phone and the child's tablet, with access to the internet, must be password protected from Defendant.

6. All other conditions of release shall remain in effect.

DATED May 5, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 3