

Nick Mirr
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorney for Daniel James Anderson

United States District Court
Eastern District of Washington

| United States, | No. 4:22-CR-6001-SMJ-1 |
|---|---|
| Plaintiff, | Motion to Expedite |
| v. | Before Judge Ekstrom |
| Daniel James Anderson, | |
| Defendant. | August 19, 2022 – 6:30 p.m.<br>Yakima—Without Oral Argument |

Daniel James Anderson, by and through his attorney, Nick Mirr, for the Federal Defenders of Eastern Washington and Idaho, hereby moves this Court to consider on an expedited basis his Motion to Modify Conditions of Pretrial Release. For the reasons stated in Mr. Anderson's motion, and because the Government has no objection, Mr. Anderson respectfully requests that the Court hear this matter on an expedited basis pursuant to LCrR 12(c)(3).

Dated: August 12, 2022.

Federal Defenders of Eastern Washington & Idaho
Attorneys for Daniel James Anderson

s/ Nick Mirr
Nick Mirr, AT0014467
306 E. Chestnut Ave.
Yakima, Washington 98901
t: (509) 248-8920
nick_mirr@fd.org

Service Certificate

I certify that on August 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Patrick J. Cashman.

s/ Nick Mirr
Nick Mirr, AT0014467
306 E. Chestnut Ave.
Yakima, Washington 98901
t: (509) 248-8920
nick_mirr@fd.org