FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JAMES ANDERSON,<br><br>Defendant. | No. 4:22-CR-6001-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 73, 74** |

**BEFORE THE COURT** is Defendant's motion to modify the conditions of his pretrial release, ECF No. 73, and related motion to expedite, ECF No. 74.

Defendant requests he be released from Special Conditions Nos. 6 and 7 of the orders setting conditions of release in this matter. ECF Nos. 57, 62. Special Condition No. 6 requires that Defendant participate in a program of GPS location monitoring and Special Condition No. 7 requires that Defendant be restricted to his residence between the hours of 9:00 p.m. and 7:00 a.m. ECF No. 57, Special Condition Nos. 6 and 7; ECF No. 62, Special Condition No. 7.

Neither the United States Attorney nor the U.S. Probation Office object to Defendant's request in this regard. ECF No. 109 at 3.

The Court, finding good cause, **HEREBY ORDERS** Defendant's Motion to Modify Conditions of Release, **ECF No. 73,** and corresponding motion to expedite, **ECF No. 74**, are **GRANTED.**

ORDER - 1

**IT IS FURTHER ORDERED** that Defendants' conditions of release are modified as follows: Special Condition No. 6 and Special Condition No. 7, ECF Nos. 57 and 62, are **STRICKEN.**

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 12, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2