FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-cr-06001-MKD-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| DANIEL JAMES ANDERSON, | |
| Defendant. | **ECF Nos. 89, 90** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 89) and related Motion to Expedite (ECF No. 90).

Defendant requests that the Court modify Special Condition No. 10 be modified to permit him to purchase a Light Phone.[1] ECF No. 89. The United States Attorney and the supervising United States Probation/Pretrial Services Officer have no objection to Defendant's request in this regard. *Id.*

The Court, finding good cause, **HEREBY ORDERS:**

1. Defendant's Motion to Expedite, **ECF No. 90**, is **GRANTED**.

---

[1] Special Condition No. 4 prohibits Defendant from having access to the internet using devices including, but not limited to cell phones, laptops, devices with text message capabilities.

ORDER - 1

2.  Defendant's Motion to Modify Conditions of Release, **ECF No. 89**, is **GRANTED**.

3.  **Special Condition No. 10 (ECF No. 57) is MODIFIED to include the additional following language as follows:**

> 4. Notwithstanding the restrictions described above, Defendant is permitted to purchase and use a "Light Phone" cell phone and to use it to make phone calls and send text messages. Defendant is not to add additional applications to the device and shall permit the United States Probation/Pretrial Services Office to inspect the phone at random to ensure compliance with this condition and other conditions of pretrial supervision. Furthermore, Defendant is only authorized to use the "$30/ month" service plan offered by "Light Phone." As of November 18, 2022, this plan includes unlimited calls and text messages with 1 GB of data. A modification of this plan by "Light Phone" hereafter may result in future modification of this condition by the Court.

4.  All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 18, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2